**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-61206-CIV-ALTMAN/Hunt**

**ANUEL ST. CLAIR, individually and on behalf of all others similarly situated,**

*Plaintiff,*

**v.**

**USHEALTH ADVISORS, LLC**

*Defendant.*
______________________________/

# ORDER

On November 10, 2020, this Court held a status conference [ECF No. 33]. Being fully advised, the Court hereby

**ORDERS** as follows:

1. By **November 17, 2020**, the Defendant shall produce to the Plaintiff a list of the telemarketing vendors it contracted with between April 2, 2019 and April 2, 2020. By the same date, the Plaintiff shall provide the Defendant with any and all objective information in the Plaintiff's possession about whether the Plaintiff received a live call on April 1, 2020.

2. By **November 24, 2020**, the Plaintiff shall send a one-question subpoena to the named vendors regarding whether they contacted the Plaintiff's cell phone on April 1, 2020.

3. The parties shall file a joint motion for a status conference by **December 1, 2020**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 10th day of November 2020.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record