# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:20-cv-61206-RKA**

ANUEL ST. CLAIR, individually and on behalf of all others similarly situated,

**CLASS ACTION**

*Plaintiff,*

**JURY TRIAL DEMANDED**

vs.

USHEALTH ADVISORS, LLC,

*Defendant.*
_______________________________________/

**PLAINTIFF'S AMENDED RESPONSES TO DEFENDANT USHEALTH ADVISORS, LLC'S FIRST REQUEST FOR ADMISSIONS**

Plaintiff, Anuel St. Clair, pursuant to Rule 36, Federal Rules of Civil Procedure, hereby provides amended responses to Defendant, USHEALTH Advisors, LLC's Requests for Admissions and states:

## REQUEST FOR ADMISSIONS

**REQUEST NO. 1:** Admit that you did not answer any of the Telephone Calls.

**RESPONSE: To the best of my knowledge, admitted.**

**REQUEST NO. 2:** Admit that you have no evidence of a telephone call from telephone number (716) 268-8751.

**RESPONSE: Denied.**

**REQUEST NO. 3:** Admit that you did not hear you telephone ring as a result of a telephone call from telephone number (716) 268-8751.

**RESPONSE: Denied.**

**REQUEST NO. 4:** Admit that you have no evidence of a telephone call from telephone number (224) 219-9796.

**RESPONSE: Denied.**

**REQUEST NO. 5:** Admit that you did not hear your telephone ring as a result of a telephone call from telephone number (224) 219-9796.

**RESPONSE: Denied.**

**REQUEST NO. 6:** Admit that you have no evidence of a telephone call from telephone number (651) 412-1332.

**RESPONSE: Denied.**

**REQUEST NO. 7:** Admit that you did not hear your telephone ring as a result of a telephone call from telephone number (651) 412-1332.

**RESPONSE: Denied.**

**REQUEST NO. 8:** Admit that you have no evidence of a telephone call from telephone number (240) 860-0176.

**RESPONSE: Denied.**

**REQUEST NO. 9:** Admit that you did not hear your telephone ring as a result of a telephone call from telephone number (240) 860-0176.

**RESPONSE: Denied.**

**REQUEST NO. 10:** Admit that you did not answer a telephone call from telephone number (716) 268-8751.

**RESPONSE: To the best of my knowledge, admitted.**

**REQUEST NO. 11:** Admit that you did not answer a telephone call from telephone number (224) 219-9796.

**RESPONSE: To the best of my knowledge, admitted.**

**REQUEST NO. 12:** Admit that you did not answer a telephone call from telephone number (651) 412-1332.

**RESPONSE: To the best of my knowledge, admitted.**

**REQUEST NO. 13:** Admit that you did not answer a telephone call from telephone number (240) 860-0176.

**RESPONSE: To the best of my knowledge, admitted.**

**REQUEST NO. 14:** Admit that you did not listen to a voicemail from telephone number (716) 268-8751 during the same day the voicemail was received.

**RESPONSE: To the best of my knowledge, denied.**

**REQUEST NO. 15:** Admit that you did not listen to a voicemail from telephone number (716) 268-8751 during the same week the voicemail was received.

**RESPONSE: Denied.**

**REQUEST NO. 16:** Admit that you did not listen to a voicemail from telephone number (716) 268-8751 during the same month the voicemail was received.

**RESPONSE: Denied.**

**REQUEST NO. 17:** Admit that you did not listen to a voicemail from telephone number (716) 268-8751 until after this lawsuit was filed.

**RESPONSE: Denied.**

**REQUEST NO. 18:** Admit that you did not listen to a voicemail from telephone number (716) 268-8751.

**RESPONSE: Denied.**

**REQUEST NO. 19:** Admit that you did not listen to a voicemail from telephone number (224) 219-9796 during the same day the voicemail was received.

**RESPONSE: To the best of my knowledge, denied.**

**REQUEST NO. 20:** Admit that you did not listen to a voicemail from telephone number (224) 219-9796 during the same week the voicemail was received.

**RESPONSE: Denied.**

**REQUEST NO. 21:** Admit that you did not listen to a voicemail from telephone number (224) 219-9796 during the same month the voicemail was received.

**RESPONSE: Denied.**

**REQUEST NO. 22:** Admit that you did not listen to a voicemail from telephone number (224) 219-9796 until after this lawsuit was filed.

**RESPONSE: Denied.**

**REQUEST NO. 23:** Admit that you did not listen to a voicemail from telephone number (224) 219-9796.

**RESPONSE: Denied.**

**REQUEST NO. 24:** Admit that you did not listen to a voicemail from telephone number (651) 412-1332 during the same day the voicemail was received.

**RESPONSE: To the best of my knowledge, denied.**

**REQUEST NO. 25:** Admit that you did not listen to a voicemail from telephone number (651) 412-1332 during the same week the voicemail was received.

**RESPONSE: Denied.**

**REQUEST NO. 26:** Admit that you did not listen to a voicemail from telephone number (651) 412-1332 during the same month the voicemail was received.

**RESPONSE: Denied.**

**REQUEST NO. 27:** Admit that you did not listen to a voicemail from telephone number (651) 412-1332 until after this lawsuit was filed.

**RESPONSE: Denied.**

**REQUEST NO. 28:** Admit that you did not listen to a voicemail from telephone number (651) 412-1332.

**RESPONSE: Denied.**

**REQUEST NO. 29:** Admit that you did not listen to a voicemail from telephone number (240) 860-0176 during the same day the voicemail was received.

**RESPONSE: To the best of my knowledge, denied.**

**REQUEST NO. 30:** Admit that you did not listen to a voicemail from telephone number (240) 860-0176 during the same week the voicemail was received.

**RESPONSE: Denied.**

**REQUEST NO. 31:** Admit that you did not listen to a voicemail from telephone number (240) 860-0176 during the same month the voicemail was received.

**RESPONSE: Denied.**

**REQUEST NO. 32:** Admit that you did not listen to a voicemail from telephone number (240) 860-0176 until after this lawsuit was filed.

**RESPONSE: Denied.**

**REQUEST NO. 33:** Admit that you did not listen to a voicemail from telephone number (240) 860-0176.

**RESPONSE: Denied.**

**REQUEST NO. 34:** Admit that you did not hear a prerecorded voice on a telephone call from telephone number (716) 268-8751.

**RESPONSE: Denied.**

**REQUEST NO. 35:** Admit that you did not hear a prerecorded voice on a telephone call from telephone number (224) 219-9796.

**RESPONSE: Denied.**

**REQUEST NO. 36:** Admit that you did not hear a prerecorded voice on a telephone call from telephone number (651) 412-1332.

**RESPONSE: Denied.**

**REQUEST NO. 37:** Admit that you did not hear a prerecorded voice on a telephone call from telephone number (240) 860-0176.

**RESPONSE: Denied.**

**REQUEST NO. 38:** Admit that you have no evidence that any telephone call you received from telephone number (716) 268-8751 was a telephone solicitation.

**RESPONSE: Denied.**

**REQUEST NO. 39:** Admit that you have no evidence that any telephone call you received from telephone number (224) 219-9796 was a telephone solicitation.

**RESPONSE: Denied.**

**REQUEST NO. 40:** Admit that you have no evidence that any telephone call you received from telephone number (651) 412-1332 was a telephone solicitation.

**RESPONSE: Denied.**

**REQUEST NO. 41:** Admit that you have no evidence that any telephone call you received from telephone number (240) 860-0176 was a telephone solicitation.

**RESPONSE: Denied.**

**REQUEST NO. 42:** Admit that you have no evidence that USHA made or caused to be made the Telephone Calls.

**RESPONSE: Denied.**

**REQUEST NO. 43:** Admit that you went on the internet and provided your personal information on a website for the purpose of obtaining health insurance quotes.

**RESPONSE: Admitted.**

**REQUEST NO. 44:** Admit that you went on the internet and provided your personal information on multiple websites for the purpose of obtaining health insurance quotes.

**RESPONSE: Denied.**

**REQUEST NO. 45:** Admit that you use the telephone number (754) 246-2924 for business purposes.

**RESPONSE: Denied.**

**REQUEST NO. 46:** Admit that you use the telephone number (954) 446-4656 for business purposes.

**RESPONSE: Denied.**

**REQUEST NO. 47:** Admit that you publish the telephone number (754) 246-2924 as your business telephone number.

**RESPONSE: Denied.**

**REQUEST NO. 48:** Admit that you publish the telephone number (954) 446-4656 as your business telephone number.

**RESPONSE: Denied.**

**REQUEST NO. 49:** Admit that you use a telephone number at your residence, whether landline, voice over internet protocol, or any other technology, other than the Subject Numbers.

**RESPONSE: Admitted.**

**REQUEST NO. 50:** Admit that you are not the person who registered the telephone number (754) 246-2924 on the National Do-Not-Call Registry.

**RESPONSE: Denied.**

**REQUEST NO. 51:** Admit that you are not the person who registered the telephone number (954) 446-4656 on the National Do-Not-Call Registry.

**RESPONSE: Denied.**

**REQUEST NO. 52:** Admit that you were not harmed by any Telephone Call(s).

**RESPONSE: Denied.**

**REQUEST NO. 53:** Admit that you have no evidence that any other person received Telephone Calls.

**RESPONSE: Denied.**

**REQUEST NO. 54:** Admit that you do not know the identity of any other person who received Telephone Calls.

**RESPONSE: Admitted.**

**REQUEST NO. 55:** Admit that you have no evidence to prove that any voice message from telephone numbers 716-268-8751, 224-219-9796, 651-412-1332, and 240-860-0176 took up memory on your cellular telephone.

**RESPONSE: Denied.**

**REQUEST NO. 56:** Admit that you have no evidence to prove that memory was taken up on your cell phone, if any, by voice messages from telephone numbers 716-268-8751, 224-219-9796, 651-412-1332, and 240-860-0176.

**RESPONSE: Denied.**

**REQUEST NO. 57:** Admit that you have no evidence to prove that voice messages from telephone numbers 716-268-8751, 224-219-9796, 651-412-1332, and 240-860-0176 caused your cellular telephone to perform slowly.

**RESPONSE: Denied as phrased, as discovery is ongoing and, presently, in its infancy.**

**REQUEST NO. 58:** Admit that you were not charged for any Telephone Calls.

**RESPONSE: Admitted.**

**REQUEST NO. 59:** Admit that your privacy was not invaded as a result of the Telephone Calls.

**RESPONSE: Denied.**

**REQUEST NO. 60:** Admit that none of the Telephone Calls disturbed your use and enjoyment of your phone.

**RESPONSE: Denied.**

**REQUEST NO. 61:** Admit that you did not experience any economic loss and/or monetary damages as a result of the telephone calls.

**RESPONSE: Admitted.**

**REQUEST NO. 62:** Admit your privacy was not invaded as a result of receiving the Telephone Calls.

**RESPONSE: Denied.**

**REQUEST NO. 63:** Admit that you did not consider the Telephone Calls to be aggravating.

**RESPONSE: Denied.**

**REQUEST NO. 64:** Admit that you did not consider the Telephone Calls to be a nuisance.

**RESPONSE: Denied.**

**REQUEST NO. 65:** Admit that your cellular telephone was not rendered unusable to make or receive telephone calls as a result of the Telephone Calls.

**RESPONSE: Denied.**

**REQUEST NO. 66:** Admit that your cellular telephone was not rendered unusable in any manner as a result of the Telephone Calls.

**RESPONSE: Denied.**

**REQUEST NO. 67:** Admit that you have no evidence to prove that your cellular telephone's hardware, including battery, were negatively affected by the Telephone Calls**.**

**RESPONSE: Admitted.**

**REQUEST NO. 68:** Admit that you did not experience identify theft as a result of any Telephone Calls.

**RESPONSE: Admitted.**

**REQUEST NO. 69:** Admit that you deleted voicemails from telephone numbers 716-268-8751, 224-219-9796, 651-412-1332, or 240-860-0176.

**RESPONSE: Denied.**

**REQUEST NO. 70:** Admit that you did not receive two or more telephone calls from USHA within a twelve-month period.

**RESPONSE: Denied.**

**REQUEST NO. 71:** Admit that no person identified themselves as an employee, agent or representative of USHA on any of the Telephone Calls.

**RESPONSE: Denied.**

**REQUEST NO. 72:** Admit that you have not purchased or contracted with USHA for anything at any time.

**RESPONSE: Admitted.**

**REQUEST NO. 73:** Admit that USHA has a written policy to comply with the national do-not-call rules.

**RESPONSE: Admitted.**

**REQUEST NO. 74:** Admit that USHA trains persons who enter into a USHEALTH Advisors Agent Agreement in procedures established pursuant to the national do-not-call rules.

**RESPONSE: Admitted.**

**REQUEST NO. 75:** Admit that USHA has a policy for maintaining a list of telephone numbers and names of people who request not to be called.

**RESPONSE: Admitted.**

**REQUEST NO. 76:** Admit that none of the Telephone Calls caused your telephone to ring.

**RESPONSE: Denied.**

**REQUEST NO. 77:** Admit that you have no facts to prove who made the Telephone Calls.

**RESPONSE: Denied.**

**REQUEST NO. 78:** Admit that you have no facts to prove that the Telephone Calls included prerecorded or artificial voices.

**RESPONSE: Denied.**

**REQUEST NO. 79:** Admit that you have no facts to prove what technology was used to make the Telephone Calls.

**RESPONSE: Denied.**

Dated: December 9, 2020

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
Florida Bar No. 0100537
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
Email: scott@edelsberglaw.com

*Counsel for Plaintiff and the Class*