# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ANUEL ST. CLAIR, individually and on behalf of all others similarly situated,

*Plaintiff,*

vs.

USHEALTH ADVISORS, LLC,

*Defendant.*
_______________________________________/

**CLASS ACTION**

**Case No. 20-CV-61206-RKA**

**JURY TRIAL DEMANDED**

**PLAINTIFF'S RESPONSE TO COURT'S ORDER**

Pursuant to the Court's Order dated November 12, 2020, [ECF 34], Plaintiff Anuel St. Clair, hereby responds to the Court's order and produces to Defendant any and all objective information in the Plaintiff's possession about whether the Plaintiff received a live call on April 1, 2020, and hereby states:

1. Plaintiff received two missed calls on April 1, 2020, one at 12:42 p.m. and the other at 5:54 p.m. The first phone call was received from telephone number (716) 268-8751. The second phone call was received from telephone number (224) 219-9796.

2. Plaintiff heard the phone ring both times and then listened to the pre-recorded messages that were left in his voicemail, both of which contained the same message stating:

> "Interested in a health insurance quote from one of our preferred health insurance partners. If you would like to receive a competitive quote for health insurance coverage from USHealth advisors and gain access to a Nationwide PPO Network, press three, and one of their licensed agents will return your call in 24 to 48 hours. Again, press three to get on the list to receive a call back from a USHealth advisors licensed agent. To opt-out press

seven now or call 844-989-1707. This message was brought to you by jcs2 MX be 3 to 1."

3. Based on the voicemails, Plaintiff understands that both calls contained a pre-recorded message. However it is theoretically possible that upon further discovery these messages could either be ringless voicemails (voicemails automatically dropped in Plaintiff's voicemail) or live calls that automatically left prerecorded voicemail messages when the live call was sent to the voicemail box.

4. Both phone calls were made to Plaintiff's telephone number 754-246-2924.

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, I electronically served the foregoing document on the counsels of record.

Respectfully submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*