# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 0:20-cv-61206-RKA**

ANUEL ST. CLAIR, individually and on behalf of all others similarly situated,

**CLASS ACTION**

Plaintiff,

v.

USHEALTH ADVISORS, LLC,

Defendant.
_______________________________________/

**DEFENDANT USHEALTH ADVISORS, LLC'S FIRST**
**REQUEST FOR INSPECTION TO PLAINTIFF ANUEL ST. CLAIR**

Defendant USHEALTH Advisors, LLC ("USHA"), pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, hereby requests that Plaintiff Anuel St. Clair produce and permit USHA to inspect, copy and/or take custody of his cellular telephone(s) with the telephone numbers 954-446-4656 and/or 752-246-2924, and any computer or electronic device that was capable of accessing websites on the Internet and was located at Plaintiff's home or otherwise was in Plaintiff's control from June 23, 2016 to the present (the "Systems"), for the purpose of examining the Systems for files and electronically stored information regarding (a) the telephone calls alleged in the First Amended Complaint and/or (b) reflecting the browsing history and/or Internet access on the Systems from June 23, 2016 to the present.

**The time, place, and manner for inspection**:

The inspection is requested to take place at 10:00 a.m. on November 30, 2020 at Greenspoon Marder LLP, 200 East Broward Boulevard, Suite 1800, Fort Lauderdale, Florida 33301, or such other place as mutually agreed by the parties and at which such electronic systems and electronically stored information are accessible.

**The form or forms in which systems and electronically stored information is to be produced**:

Plaintiff shall make available the Systems so that the data stored thereon can be forensically collected, such as by forensic imaging of the Systems, and investigated for purposes of determining the nature, timing and extent of telephone calls and Internet activity relating to the subject matter of this lawsuit. Defendant may utilize the services of a computer consultant to perform the forensic collection of the Systems, and Defendant's consultant may take possession of the forensically collected data in order to perform the described investigation at consultant's offices.

Dated: October 21, 2020

GREENSPOON MARDER LLP

By: */s/ Roy Taub*
JEFFREY A. BACKMAN
Florida Bar No. 662501
ROY TAUB
Florida Bar No. 116263
GREGG I. STROCK
Florida Bar No. 1010140
200 E. Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
(954) 491-1120
jeffrey.backman@gmlaw.com
khia.joseph@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com
gregg.strock@gmlaw.com
lisa.webster@gmlaw.com

*Attorneys for USHEALTH Advisors, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 21, 2020, a copy of the foregoing was served via e-mail this day to counsel of record identified below.

Andrew J. Shamis, Esq.
Shamis & Gentile, P.A.
14 NE 1st Avenue, Suite 705
Miami, FL 33132
(305) 479-2299
ashamis@shamisgentile.com

Scott Edelsberg, Esq.
Edelsberg Law, P.A.
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
(305) 975-3320
scott@edelsberglaw.com

*/s/ Roy Taub*
ROY TAUB