# EXHIBIT A

Fact sheet

# 2020 Federal Health Insurance Exchange Enrollment Period Final Weekly Enrollment Snapshot

Jan 08, 2020 Affordable Care Act, Eligibility & enrollment

2020 Federal Health Insurance Exchange Enrollment Period Final Weekly Enrollment Snapshot

Final Snapshot: Nov 1-Dec 21

Approximately 8.3 million people selected or were automatically re-enrolled in plans using the HealthCare.gov platform during the 2020 open enrollment period.

These snapshots provide point-in-time estimates of weekly plan selections, call center activity and visits to HealthCare.gov or CuidadoDeSalud.gov. The final snapshot reports new plan selections, active plan renewals and automatic enrollments. It does not report the number of consumers who paid premiums to effectuate their enrollment.

As we do each year, CMS also plans to release a detailed 2020 final enrollment report in March, including final plan selection data from State-based Exchanges that do not use the HealthCare.gov platform.

Definitions and details on the data are included in the glossary.

HealthCare.gov Platform Snapshot

| HealthCare.gov Platform Snapshot | Cumulative: Nov 1 – Dec 21 |
|---|---|
| Plan Selections | 8,286,871 |
| New Consumers | 2,086,338 |
| Consumers Renewing Coverage | 6,200,533 |

| | |
|---|---|
| Consumers on Applications Submitted | 10,410,963 |
| Call Center Volume | 4,861,658 |
| Calls with Spanish Speaking Representative | 340,749 |
| HealthCare.gov Users | 15,614,220 |
| CuidadoDeSalud.gov Users | 582,384 |
| Window Shopping HealthCare.gov Users | 1,218,391 |
| Window Shopping CuidadoDeSalud.gov Users | 33,213 |

### HealthCare.gov State-by-State Snapshot

The state-by-state Snapshot provides cumulative individual market plan selections for the 38 states using the HealthCare.gov platform for the 2020 benefit year. Cumulative individual plan selections for the states using the HealthCare.gov platform include:

| State | Cumulative Plan Selections Nov 1 – Dec 21 |
|---|---|
| Alaska | 17,696 |
| Alabama | 160,429 |
| Arkansas | 64,360 |
| Arizona | 153,020 |
| Delaware | 23,961 |
| Florida | 1,913,975 |
| Georgia | 463,910 |

| | |
|---|---|
| Hawaii | 20,073 |
| Iowa | 54,586 |
| Illinois | 292,945 |
| Indiana | 140,931 |
| Kansas | 85,837 |
| Kentucky | 83,139 |
| Louisiana | 87,748 |
| Maine | 62,031 |
| Michigan | 262,919 |
| Missouri | 202,750 |
| Mississippi | 98,892 |
| Montana | 43,822 |
| North Carolina | 505,275 |
| North Dakota | 21,666 |
| Nebraska | 90,845 |
| New Hampshire | 44,412 |
| New Jersey | 246,426 |
| New Mexico | 42,714 |

| | |
|---|---|
| Ohio | 196,806 |
| Oklahoma | 158,642 |
| Oregon | 145,264 |
| Pennsylvania | 331,825 |
| South Carolina | 214,030 |
| South Dakota | 29,331 |
| Tennessee | 200,445 |
| Texas | 1,116,293 |
| Utah | 200,261 |
| Virginia | 269,474 |
| Wisconsin | 195,498 |
| West Virginia | 20,066 |
| Wyoming | 24,574 |

*Glossary*

**Plan Selections:** The cumulative metric represents the total number of people who have submitted an application and selected a plan, net of any cancellations from a consumer or cancellations from an insurer that have occurred to date. The weekly metric represents the net change in the number of non-cancelled plan sections over the period covered by the report.

Plan selections include those consumers who are automatically re-enrolled into a plan.

To have their coverage effectuated, consumers generally need to pay their first month's health plan premium. This release does not report the number of effectuated enrollments.

**New Consumers:** A consumer is considered to be a new consumer if they did not have 2019 Exchange coverage through December 31, 2019 and had a 2020 plan selection.

**Renewing Consumers:** A consumer is considered to be a renewing consumer if they have 2019 Exchange coverage through December 31, 2019 and either actively select the same plan or a new plan for 2020.

**Exchange:** Generally, this report refers to 38 states that use the HealthCare.gov platform for the 2020 benefit year. The states using the HealthCare.gov platform for the individual market Exchange are Alabama, Alaska, Arizona, Arkansas, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Michigan, Mississippi, Missouri, Montana, Nebraska, New Hampshire, New Jersey, New Mexico, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas, Utah, Virginia, West Virginia, Wisconsin, and Wyoming.

**HealthCare.gov States:** The 38 states that use the HealthCare.gov platform for the 2020 benefit year, including the Federally-facilitated Exchange and some State-based Exchanges.

**Consumers on Applications Submitted:** This includes a consumer who is on a completed application submitted to the Exchange using the HealthCare.gov platform. If determined eligible for Exchange coverage, a consumer still needs to pick a health plan (i.e., plan selection) and pay their premium to get covered (i.e., effectuated enrollment). Because families can submit a single application, this figure tallies the total number of people on a submitted application (rather than the total number of submitted applications).

**Call Center Volume:** The total number of calls received by the call center for the 38 states that use the HealthCare.gov platform for the 2020 benefit year over the time period covered by the snapshot. Calls with Spanish speaking representatives are not included.

**Calls with Spanish Speaking Representative:** The total number of calls received by the call center for the 38 states that use the HealthCare.gov platform for the 2020 benefit year over the time period covered by the snapshot where consumers chose to speak with a Spanish-speaking representative. These calls are not included within the Call Center Volume metric.

**HealthCare.gov Users or CuidadoDeSalud.gov Users:** These user metrics total how many unique users viewed or interacted with HealthCare.gov or CuidadoDeSalud.gov, respectively, over the course of a specific date range. For cumulative totals, a separate report is run for the entire Open Enrollment period to minimize users being counted more than once during that longer range of time and to provide a more accurate estimate of unique users. Depending on an individual's browser settings and browsing habits, a visitor

may be counted as a unique user more than once.

**Window Shopping HealthCare.gov Users or CuidadoDeSalud.gov Users:** These user metrics total how many unique users interacted with the window-shopping tool at HealthCare.gov or CuidadoDeSalud.gov, respectively, over the course of a specific date range. For cumulative totals, a separate report is run for the entire Open Enrollment period to minimize users being counted more than once during that longer range of time and to provide a more accurate estimate of unique users. Depending on an individual's browser settings and browsing habits, a visitor may be counted as a unique user more than once. Users who window-shopped are also included in the total HealthCare.gov or CuidadoDeSalud.gov user total.

A federal government website managed and paid for by the U.S. Centers for Medicare & Medicaid Services.

7500 Security Boulevard, Baltimore, MD 21244