# EXHIBIT B

**ANUEL ST. CLAIR**

UNITED STATES / ENGLISH (/ANUEL/EN/US/CULTURELANGUAGESELECT)

LOGIN (/ANUEL/EN/US/LOGIN/) | SUPPORT (/ANUEL/EN/US/CONTACT-US/)

FREE SHIPPING on all $99+ orders! SHOP NOW » (/anuel/en/us/products/category#categories=all) | Special COVID-19 Message READ MORE » (/anuel/en/us/special-covid19-message/)



# Anuel St. Clair

## Active Agent

---

(754) 246-2924
Email Me (mailto:choiceteam@gmail.com)
North Lauderdale, Florida

Become an Agent (/anuel/en/us/join/)

## CONTACT US

8501 N SCOTTSDALE RD STE 270
Scottsdale, AZ 85253-2749

support@seacretdirect.com

602.606.9500
877.680.9622
(Toll Free from the US and Canada)
Monday – Friday: 7 AM – 7 PM (AZ Time)

(https://www.facebook.com/SeacretDirect) (https://twitter.com/seacretdirectus)

(https://vimeo.com/seacretdirect) (https://www.youtube.com/user/seacretdirect)

(https://www.instagram.com/seacretofficial)

LINKS

Shop (/anuel/en/us/products /category#categories=all)
My Account (/anuel/en/us/login/)
Enroll (/anuel/en/us/join/)
Shipping & Returns (/anuel/en/us/shipping-and-returns/)
Privacy Policy (/anuel/en/us/seacret-privacy-policy/)
Earnings Statement (/anuel/en/us/earnings-statement/)

© 2020 Seacret Direct, LLC. ALL Rights Reserved. | Privacy Policy (/anuel/en/us/privacy-policy/)