# EXHIBIT C

# ChoiceTeam Network

The Center of Success



## CONTACT

8:57 AM UNKNOWN



Thank you for visiting my site. If you are interested in changing your life financially or have any questions about the programs on this site feel free to contact me by phone or via email. Thank you

Anuel St. Clair
Phone: 754-246-2924
Email: anuel@choiceteam.net

Search

Subscribe via RSS Feed

Follow on Twitter

Follow on Facebook

Videos Tags Blog Archives

VIEW MY COMPLETE PROFILE

### RECENT POSTS

Finding Your Potential In Excellence
A couple years ago, my ESL class at a university in China was not going very well. My students were apathetic, arriving late, not prac...

Things That Determine Success Or Failure
It's your life. Have you ever heard that? I think we all have at some point. But let's make no mistake about the point being ma...

### BLOG ARCHIVE

▼ 2014 (1)
▼ January (1)
How To Set Goals
► 2013 (249)
► 2012 (21)

### QUICK LINKS

Home
About
**Contact**
ACN
DS Domination
Empower Network

Powered by Blogger.

ChoiceTeam Network © 2017 Design by WordPress Themes | Bloggerized by Lasantha - Premium Blogger Themes

Powered by **Blogger**