# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

ANUEL ST. CLAIR, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

USHEALTH ADVISORS, LLC,

   *Defendant*.

_____/

**CLASS ACTION**

**Case No. 20-CV-61206-RKA**

**JURY TRIAL DEMANDED**

## JOINT STIPULATION OF DISMISSAL

The Plaintiff, Anuel St. Clair, and Defendant USHEALTH Advisors, LLC, through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a), stipulate and agree to the dismissal of Anuel St. Clair's claims against USHEALTH Advisors, LLC. Each party shall bear their own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action.

Date: January 20, 2021

Respectfully Submitted,

| | |
|---|---|
| **Shamis & Gentile, P.A.** | **GREENSPOON MARDER LLP** |
| */s/ Andrew J. Shamis* | By: */s/ Jeffrey A. Backman* |
| Andrew J. Shamis, Esq. | Jeffrey A. Backman |
| Florida Bar No. 101754 | Florida Bar No. 662501 |
| ashamis@shamisgentile.com | Roy Taub |
| 14 NE 1st Avenue, Suite 705 | Florida Bar No. 116263 |
| Miami, FL 33132 | Gregg I. Strock |
| Telephone: 305-479-2299 | Florida Bar No. 1010140 |
| | 200 E. Broward Blvd., Suite 1800 |
| *Counsel for Plaintiff and the Class* | Ft. Lauderdale, FL 33301 |
| | (954) 491-1120 |
| | jeffrey.backman@gmlaw.com |
| | khia.joseph@gmlaw.com |
| | roy.taub@gmlaw.com |
| | cheryl.cochran@gmlaw.com |
| | gregg.strock@gmlaw.com |
| | lisa.webster@gmlaw.com |
| | |
| | *Attorneys for Defendant* |