## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-61206-CIV-ALTMAN/Hunt

**ANUEL ST. CLAIR**, individually and on
behalf of all others similarly situated,

    *Plaintiff,*

v.

**USHEALTH ADVISORS, LLC**

    *Defendant.*
_____/

## ORDER

**THIS MATTER** comes before the Court on the parties' Joint Stipulation of Dismissal [ECF No. 56]. While the parties "stipulate and agree to the dismissal of Anuel St. Clair's claims," they do not indicate whether the dismissal is with or without prejudice. The Court hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal on or before **February 18, 2021**.

2. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 20th day of January 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record