UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61206-CIV-ALTMAN/Hunt

**ANUEL ST. CLAIR,** individually and on behalf
of all others similarly situated**,**

    *Plaintiff,*

*v.*

**USHEALTH ADVISORS, LLC**

    *Defendant.*
_____/

## ORDER OF DISMISSAL

On January 20, 2021, the Court entered an Order administratively closing this case without prejudice to the parties to file a stipulation of dismissal by February 18, 2021 [ECF No. 58]. As of this writing, no stipulation of dismissal has been filed. Accordingly, the Court hereby

**ORDERS** that the case be **DISMISSED without prejudice**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of February 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record